FILED
APR 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORTHERN STEEL INDUSTRIES, INC. )<br><br>Plaintiff, )<br> )<br>v. )<br> )<br>ERIE GREENHOUSE SYSTEMS )<br> )<br>Defendant. ) | 08cv2119<br>JUDGE SHADUR<br>MAG. JUDGE MASON<br><br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

### Jurisdiction and Venue

1. Plaintiff Northern Steel Industries, Inc. is incorporated under the laws of Illinois, with its principal place of business in South Holland, Illinois. Northern Steel is in the business of supplying flat-rolled steel coil.

2. Defendant Erie Greenhouse Systems is incorporated under either the laws of Canada or under the laws of the Province of Ontario, with its principal place of business in Tillsonburg, Ontario. Erie Greenhouse is in the business of designing, manufacturing, and installing greenhouses.

3. The Court has jurisdiction over this action under 28 U.S.C. § 1332(a)(2) because Northern Steel is a citizen of Illinois, Erie Greenhouse is a citizen of Canada, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. Venue is proper in this judicial district under 28 U.S.C. § 1391(a)(2) as a substantial part of the transactions giving rise to this claim occurred in Cook County, Illinois.

## Background

5.      In December 2007, Erie Greenhouse offered to buy from Northern Steel more than 210,000 lbs. of steel coils for use in its business. Northern steel accepted Erie's offer and promised to ship the steel coils in mid-January 2008.

6.      In accordance with the parties' agreement, Northern steel made 4 shipments of steel coils on January 14, 2008 and two shipments of steel coils on January 15, 2008.

7.      The total price for these steel coils, plus fuel freight charges, is $104,417.22. Payment for the first four shipments of steel coils was due by February 13, 2008. Payment for the fifth and sixth shipments of steel coils was due February 14, 2008. (See invoices and bills of lading attached as Exhibit A).

8.      Erie Greenhouse accepted all six shipments of steel coils.

9.      Despite its acceptance, however, Erie Greenhouse did not make payment for any of the six shipments by the due date.

10.     In an attempt to work out payment, Erie Greenhouse stated that it would pay half of the outstanding amount by April 1, 2008 and the remaining half by April 15, 2008.

11.     Erie Greenhouse did not make any payment by April 1, 2008, and, despite repeated requests by Northern Steel, Erie has not made any payments on the $104,417.22 in outstanding invoices.

## COUNT I
### (Breach of Contract for Sale of Goods)

12.     Northern Steel incorporates the allegations in paragraphs 1-11.

13.  Erie Greenhouse has breached its contract with Northern Steel by refusing to pay for the six shipments of steel coils it accepted.

14.  As a result of this breach, Northern Steel has incurred a loss of $104,417.22, plus lost interest on that amount.

15.  For relief, Northern Steel requests that the Court enter judgment in its favor and against Erie Greenhouse and award Northern Steel $104,417.22 in damages, plus prejudgment and postjudgment interest. Northern Steel also requests that the Court award Northern Steel its costs in bringing this action and such further relief as the Court deems just and proper.

Dated: April 14, 2008

Respectfully submitted,

*[signature]*

Scott P. Clair
Thompson Coburn Fagel Haber
55 E. Monroe St.
Chicago, IL 60603
(312) 346-7500 (phone)
(312) 580-2201 (fax)
sclair@thompsoncoburn.com

# EXHIBIT A

Case 1:08-cv-02119  Document 1  Filed 04/14/2008  Page 4 of 20

# Northern Steel Industries, Inc.

**NSI**

| INVOICE | NUMBER #49563 | PAGE 1 | DATE 01/14/2008 |
|---|---|---|---|
| SALESPERSON: SCOTT KUMSKIS | | | SHIP DATE: 01/14/2008 |
| SHIP VIA: CRST | | FOB POINT: ST. JOACHIM | CUST ID: ERIE |
| CUST P.O. #: 860-13REV | | REFER #: 15400 | OUR S.O. #: 18657 |

16101 S. Lasalle Street
South Holland, IL 60473
Phone: (708) 333-3400
Fax: (708) 333-3455

SOLD TO:
ERIE GREENHOUSE SYSTEMS
PO BOX 157
TILLSONBURG, ONTARIO N4G5C4

SHIP TO:
ERIE GREENHOUSE C/O TUBES & PIPES
2500 ROCHESTER TOWN LINE ROAD
ST. JOACHIM, ONTARIO N0R 1C0

| LINE | QTY ORDERED | QTY SHIPPED TO DATE | QTY THIS SHIPMENT | QTY ON BACKORDER | ITEM ID | WIDTH | LENGTH | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 40320.00 LBS | 0.00 | 40320.00 | 0.00 | 12GA HDG-CL<br>12GA HDG-CL<br>.102/.108  G90 CQ<br>-<br>CPO# 860-13 REV | 7.78000" | | 40320.000 | 38.9500/CWT | 15,704.64 |
| | | | Tag #: 1901722 | Qty: | 1.000 PCS | Weight: | 6720.000 LBS | | | |
| | | | Tag #: 19017230 | Qty: | 1.000 PCS | Weight: | 6710.000 LBS | | | |
| | | | Tag #: 19017244 | Qty: | 1.000 PCS | Weight: | 6640.000 LBS | | | |
| | | | Tag #: 19017255 | Qty: | 1.000 PCS | Weight: | 6750.000 LBS | | | |
| | | | Tag #: 19017266 | Qty: | 1.000 PCS | Weight: | 6740.000 LBS | | | |
| | | | Tag #: 19017277 | Qty: | 1.000 PCS | Weight: | 6760.000 LBS | | | |
| 2 | 3990.00 LBS | 0.00 | 3990.00 | 0.00 | 12GA HDG-CL<br>12GA HDG-CL<br>.102/.108  G90 CQ<br>-<br>CPO# 860-13REV | 4.60800" | | 3990.000 | 38.9500/CWT | 1,554.11 |
| | | | Tag #: 1901721 | Qty: | 1.000 PCS | Weight: | 3990.000 LBS | | | |
| 3 | 44310.00 LBS | 0.00 | 44310.00 | 0.00 | FREIGHT - FUEL<br>FREIGHT - FUEL SURCHARGE | | | | 0.4000/CWT | 177.24 |

(CONTINUED)

# Northern Steel Industries, Inc.



| INVOICE | #49563 | 2 | 01/14/2008 |
|---|---|---|---|
| SALESPERSON: SCOTT KUMSKIS | | | SHIP DATE: 01/14/2008 |
| SHIP VIA: ORST | FOB POINT: ST. JOACHIM | | CUST ID: ERIE |
| CUST P.O. #: | REFER #: 15905 | | OUR S.O. #: 13845 |

16101 S. Lasalle Street
South Holland, IL 60473
Phone: (708) 333-3400
Fax: (708) 333-3455

SOLD TO:
ERIE GREENHOUSE SYSTEMS
PO BOX 157
TILLSONBURG, ONTARIO N4G5C4

SHIP TO:
ERIE GREENHOUSE C/O TUBES & PIPES
2500 ROCHESTER TOWN LINE ROAD
ST. JOACHIM, ONTARIO N0R 1C0

| QTY LINE ORDERED | SHIPPED TO DATE | QTY THIS SHIPMENT | QTY ON BACKORDER | ITEM ID | WIDTH | LENGTH | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|

CUSTOMER BROKER: COLE INTERNATIONAL
905-676-6151   KEN SLAVIN



| TAX ID: | SHIP WT: 44310.000 LBS | SUBTOTAL | 17,435.99 |
|---|---|---|---|
| TERMS: .5-10/NET 30 | | SALES TAX | 0.00 |
| PAYMENT DUE BY 02/13/2008. | | TOTAL | 17,435.99 |
| DEDUCT $ 87.18 IF PAID BY 01/24. | | | |

ALL GAGE TOLERANCES PER A.I.S.I STANDARDS
REJECTIONS WILL BE HONORED ONLY WHEN STEEL IS RETURNED IN ORIGINAL FORM.
WE CANNOT ACCEPT MATERIAL RETURNED FOR CREDIT WITHOUT PRIOR PERMISSION.

# Straight Bill of Lading

**ALL LOADS MUST BE TARPED**

Original-Not Negotiable **Straight Bill of Lading Short Form**    Shipper's No. _____

Carrier: CRST    Carrier's No. _____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at South Holland IL    1-14-08    From **NORTHERN STEEL INDUSTRIES, INC.**

Consigned to: Erie Greenhouse Systems c/o Tubes & Pipes

Destination: St. Joachim    State: Ontario    Zip: ___    County: ___    Delivery Address: see route

Route: 2500 Rochester Town Line Road NOR 1Co    519-727-3314

Delivering Carrier: _____    Car or Vehicle Initials: _____    No. _____

| No. Packages | Kind of Package, Description of Articles, Special Marks, and Exceptions | | WEIGHT (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 6 | .102/.108 HDG G90 CQ 7.78 x coil | | | | |
| | | 190172B | 6720# | | |
| | Truck 9990 P255 | 190172C | 6710# | | |
| | Trailer 69 D36157 | 190172D | 6640# | | |
| | Windsor crossing | 190172E | 6750# | | |
| | ITA 14/01/08 18:00 | 190172F | 6740# | | |
| Roll | 519-809-9304 | 190172G | 6760# | | |
| | CPO # 860-13 rev  (STEVE) | | | | |
| 1 | .102/.108 HDG G90 CQ 4.608 x coil | | | | |
| | | 190172A | 3990# | | |
| | CPO # 860-13 rev | | | | |
| | | | Total Weight 44,310 | | |

Prepaid

CUSTOM BROKER:
Cole International
905-676-6151
Ken Slavin
416-931-4734

3042013679
PARS - J & N Trucking Services

**Canada Customs** 686  15 JA 2008  WINDSOR 453

NORTHERN STEEL INDUSTRIES, INC.    Shipper, Per _____    Agent, Per _____

16101 S. LaSalle Street, South Holland, IL 60473

# Northern Steel Industries, Inc.

**NSI**

16101 S. Lasalle Street
South Holland, IL 60473
Phone: (708) 333-3400
Fax: (708) 333-3455

| INVOICE | #49564 | 1 | 01/14/2008 |
|---|---|---|---|
| SALESPERSON: SCOTT KUMSKIS | | | SHIP DATE: 01/14/2008 |
| SHIP VIA: CRST | FOB POINT: ST. JOACHIM | | CUST ID: ERIE |
| CUST P.O. #: 860-13REV | REFER #: 13348 | | OUR S.O. #: 13348 |

SOLD TO:
ERIE GREENHOUSE SYSTEMS
PO BOX 157
TILLSONBURG, ONTARIO N4G5C4

SHIP TO:
ERIE GREENHOUSE C/O TUBES & PIPES
2500 ROCHESTER TOWN LINE ROAD
ST. JOACHIM, ONTARIO N0R 1C0

| LINE | QTY ORDERED | SHIPPED TO DATE | QTY THIS SHIPMENT | QTY ON BACKORDER | ITEM ID | WIDTH | LENGTH | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 40340.00 LBS | 0.00 | 40340.00 | 0.00 | 12 GALV | 7.78000" | | 40340.000 | 38.9500/CWT | 15,712.43 |

12 GA HD BRITE FINISH GALV.
.102/.108   G90 CQ

CPO# 860-13REV

| Tag #: 1902882 | Qty: 1.000 PCS | Weight: 6720.000 LBS |
| Tag #: 1902883 | Qty: 1.000 PCS | Weight: 6740.000 LBS |
| Tag #: 1902884 | Qty: 1.000 PCS | Weight: 6760.000 LBS |
| Tag #: 1902885 | Qty: 1.000 PCS | Weight: 6740.000 LBS |
| Tag #: 1902886 | Qty: 1.000 PCS | Weight: 6710.000 LBS |
| Tag #: 1902887 | Qty: 1.000 PCS | Weight: 6670.000 LBS |

| 2 | 3980.00 LBS | 0.00 | 3980.00 | 0.00 | 12 GALV | 4.60000" | | 3980.000 | 38.9500/CWT | 1,550.21 |

12 GA HD BRITE FINISH GALV.
.102/.108   G90 CQ

CPO# 860-13REV

| Tag #: 1902881 | Qty: 1.000 PCS | Weight: 3980.000 LBS |

| 3 | 44320.00 LBS | 0.00 | 44320.00 | 0.00 | FREIGHT - FUEL | | | | 0.4000/CWT | 177.28 |

FREIGHT - FUEL SURCHARGE

(CONTINUED)

# Northern Steel Industries, Inc.



16101 S. Lasalle Street
South Holland, IL 60473
Phone: (708) 333-3400
Fax: (708) 333-3455

| INVOICE | NUMBER | #49564 | 2 | 01/14/2008 |
|---|---|---|---|---|
| SALESPERSON: | | | | SHIP DATE: |
| SCOTT KUMSKIS | | | | 01/14/2008 |
| SHIP VIA: | | FOB POINT: | | CUST ID: |
| CUST P.O. #: | | REFER #: | | OUR S.O. #: |

SOLD TO:
ERIE GREENHOUSE SYSTEMS
PO BOX 157
TILLSONBURG, ONTARIO N4G5C4

SHIP TO:
ERIE GREENHOUSE C/O TUBES & PIPES
2500 ROCHESTER TOWN LINE ROAD
ST. JOACHIM, ONTARIO N0R 1C0

CUSTOM BROKER: COLE INTERNATIONAL
905-676-6151 - KEN SLAVIN



TAX ID:                    SHIP WT:   44320.000 LBS   SUBTOTAL      17,439.92
TERMS: .5-10/NET 30                                    SALES TAX         0.00
PAYMENT DUE BY 02/13/2008.                             TOTAL         17,439.92
DEDUCT $  87.20 IF PAID BY 01/24.

ALL GAGE TOLERANCES PER A.I.S.I STANDARDS
REJECTIONS WILL BE HONORED ONLY WHEN STEEL IS RETURNED IN ORIGINAL FORM.
WE CANNOT ACCEPT MATERIAL RETURNED FOR CREDIT WITHOUT PRIOR PERMISSION.

**Straight Bill of Lading**
Original-Not Negotiable

TRUCK # 2

ALL LOADS MUST BE TARPED

**Straight Bill of Lading Short Form**

CRST
(Name of Carrier)

Shipper's No. _____
Carrier's No. _____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at South Holland, IL  Date 1-14-08  From **NORTHERN STEEL INDUSTRIES, INC.**

Consigned to: Erie Greenhouse Systems c/o Tubes & Pipes
Destination: St. Joachim  State: Ontario  Zip: ___  County: NOR 1C0  Delivery Address: See below
Route: 2500 Rochester Town Line Road  519-727-3314

Delivering Carrier _____  Car or Vehicle Initials _____  No. _____

| No Packages | Kind of Package, Description of Articles, Special Marks, and Exceptions | WEIGHT (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|
| 6 | .102/.108 HDG G90 CQ 7.76 x coil | | | |
| | Windsor Ont. 190288B | 6720# | | |
| | 23 9/16 x 66 W. Ont. 190288C | 6740# | | |
| | 7 OPM 190288D | 6760# | | |
| | 190288E | 6740# | | |
| | 190288F | 6710# | | |
| | 190288G | 6670# | | |
| | CPO # 86073 rev.  Sub-total | 40,340# | | |
| 1 | .102/.108 HDG G90 CQ 4.608 x coil | | | |
| | 190288A | 3980# | | |
| | CPO # 86073 rev. | | | |
| | Total Weight | 44,320 | | |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid." **prepaid**

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced: $ _____

Shipper's imprint in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

CUSTOM BROKER:
Cole International
905-___-___
Ken Slavin

7PXT PARS 001690
Taurus Transportation (1165635 ON Inc.)

NORTHERN STEEL INDUSTRIES, INC.  Shipper, Per _____
16101 S. LaSalle Street, South Holland, IL 60473

[Canada Customs stamp: MAR 15 2008 WINDSOR 463]

# Northern Steel Industries, Inc.

| INVOICE | NUMBER | PAGE | DATE |
|---|---|---|---|
|  | #49565 | 1 | 01/14/2008 |
| SALESPERSON: SCOTT KUMSKIS | | | SHIP DATE: 01/14/2008 |
| SHIP VIA: CRST | FOB POINT: ST. JOACHIM | | CUST ID: ERIE |
| CUST P.O.#: 860-13REV | REFER #: 15408 | | OUR S.O.#: 15847 |

16101 S. Lasalle Street
South Holland, IL 60473
Phone: (708) 333-3400
Fax: (708) 333-3455

SOLD TO:
ERIE GREENHOUSE SYSTEMS
PO BOX 157
TILLSONBURG, ONTARIO N4G5C4

SHIP TO:
ERIE GREENHOUSE C/O TUBES & PIPES
2500 ROCHESTER TOWN LINE ROAD
ST. JOACHIM, ONTARIO N0R 1C0

| LINE | QTY ORDERED | SHIPPED TO DATE | QTY THIS SHIPMENT | QTY ON BACKORDER | ITEM ID | WIDTH | LENGTH | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 39840.00 LBS | 0.00 | 39840.00 | 0.00 | 12 GALV 12 GA HD BRITE FINISH GALV. .102/.108 690 CQ - CPO# 860-13REV | 7.78000" | | 39840.000 | 38.9500/CWT | 15,517.68 |
| | | | | | Tag #: 1901522  Qty: 1.000 PCS  Weight: 6660.000 LBS | | | | | |
| | | | | | Tag #: 1901523  Qty: 1.000 PCS  Weight: 6570.000 LBS | | | | | |
| | | | | | Tag #: 1901524  Qty: 1.000 PCS  Weight: 6690.000 LBS | | | | | |
| | | | | | Tag #: 1901525  Qty: 1.000 PCS  Weight: 6680.000 LBS | | | | | |
| | | | | | Tag #: 1901526  Qty: 1.000 PCS  Weight: 6630.000 LBS | | | | | |
| | | | | | Tag #: 1901527  Qty: 1.000 PCS  Weight: 6610.000 LBS | | | | | |
| 2 | 3890.00 LBS | 0.00 | 3890.00 | 0.00 | 12 GALV 12 GA HD BRITE FINISH GALV. .102/.108 690 CQ - CPO# 860-13REV | 4.60000" | | 3890.000 | 38.9500/CWT | 1,515.16 |
| | | | | | Tag #: 1901521  Qty: 1.000 PCS  Weight: 3890.000 LBS | | | | | |
| 3 | 43730.00 LBS | 0.00 | 43730.00 | 0.00 | FREIGHT - FUEL FREIGHT - FUEL SURCHARGE | | | | 0.4000/CWT | 174.92 |

(CONTINUED)

# Northern Steel Industries, Inc.

16101 S. Lasalle Street
South Holland, IL 60473
Phone: (708) 333-3400
Fax: (708) 333-3455

| INVOICE | #49565 | 2 | 01/14/2008 |
|---|---|---|---|
| SALESPERSON: SCOTT KUMSKIS | | | SHIP DATE: 01/14/2008 |
| SHIP VIA: GRST | FOB POINT: ST. JOACHIM | | CUST ID: ERIE |
| CUST P.O.#: 880-596V | REFER #: 19400 | | OUR S.O.#: 19647 |

SOLD TO:
ERIE GREENHOUSE SYSTEMS
PO BOX 157
TILLSONBURG, ONTARIO N4G5C4

SHIP TO:
ERIE GREENHOUSE C/O TUBES & PIPES
2500 ROCHESTER TOWN LINE ROAD
ST. JOACHIM, ONTARIO N0R 1C0

| QTY ORDERED | SHIPPED TO DATE | QTY THIS SHIPMENT | QTY ON BACKORDER | ITEM ID | WIDTH | LENGTH | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|

CUSTOMS BROKER: COLE INTERNATIONAL
905-676-6151 - KEN SLAVIN

CUSTOM BROKER:
COLE INTERNATIONAL
905-676-6151
KEN SLAVIN



| TAX ID: | SHIP WT: 43730.000 LBS | SUBTOTAL | 17,207.76 |
|---|---|---|---|
| TERMS: .5-10/NET 30 | | SALES TAX | 0.00 |
| PAYMENT DUE BY 02/13/2008. | | TOTAL | 17,207.76 |
| DEDUCT $ 86.04 IF PAID BY 01/24. | | | |

ALL GAGE TOLERANCES PER A.I.S.I STANDARDS
REJECTIONS WILL BE HONORED ONLY WHEN STEEL IS RETURNED IN ORIGINAL FORM.
WE CANNOT ACCEPT MATERIAL RETURNED FOR CREDIT WITHOUT PRIOR PERMISSION.

# Straight Bill of Lading

TRUCK #3

**ALL LOADS MUST BE TARPED**

Straight Bill of Lading - Short Form    Shipper's No. 002

Original-Not Negotiable    CRST    Carrier's No.

RECEIVED... at South Holland IL    1-14-08    NORTHERN STEEL INDUSTRIES, INC.

Consigned to: Erie Greenhouse Systems c/o Tubes & Pipes
Destination: St. Joachim    State: Ontario    Delivery Address: see route
Route: 2500 Rochester Town Line Road NOR 1Co 519-727-3314

Handwritten notes:
- Chris Snyder
- Truck 304/DrRile (?)
- Trailer 9319/C46935
- ETA 10:00am Jan 14th/08
- Ambassador Bridge Windsor ON

| No. Packages | Kind of Packages, Description of Articles, Special Marks, and Exceptions | | WEIGHT (Subject to Correction) | | |
|---|---|---|---|---|---|
| 6 | .102/.108 HDG G90 CQ 7.78 x coil | | | | |
| | | 190152B | 6660# | | |
| | | 190152C | 6570# | | |
| | | 190152D | 5690# | | |
| | | 190152E | 6680# | | |
| | | 190152F | 6630# | | |
| | | 190152G | 6610# | | |
| | CPO # 860-13 rev | Sub-total | 39,840# | | |
| 1 | .102/.108 HDG G90 CQ 4.608 x coil | | | | |
| | | 190152A | 3890# | | |
| | CPO # 860-13 rev | | | | |
| | | Total Weight | 43,730 | | |

CUSTOM BROKER:
Cole International
905-676-6151
Ken Slavin

3042015122
PARS - J & N Trucking Services

NORTHERN STEEL INDUSTRIES, INC.    Shipper, Per _____    Agent, Per _____
16101 S. LaSalle Street, South Holland, IL 60473

# Northern Steel Industries, Inc.

**NSI**

16101 S. Lasalle Street
South Holland, IL 60473
Phone: (708) 333-3400
Fax: (708) 333-3455

| INVOICE | NUMBER #49566 | PAGE 1 | DATE 01/14/2008 |
|---|---|---|---|
| SALESPERSON: SCOTT KUMSKIS | | | SHIP DATE: 01/14/2008 |
| SHIP VIA: CRST | FOB POINT: ST. JOACHIM | | CUST ID: ERIE |
| CUST P.O. #: 860-13 REV | REFER #: 15400 | | OUR S.O. #: 15049 |

SOLD TO:
ERIE GREENHOUSE SYSTEMS
PO BOX 157
TILLSONBURG, ONTARIO N4G5C4

SHIP TO:
ERIE GREENHOUSE C/O TUBES & PIPES
2500 ROCHESTER TOWN LINE ROAD
ST. JOACHIM, ONTARIO N0R 1C0

| LINE | QTY ORDERED | SHIPPED TO DATE | QTY THIS SHIPMENT | QTY ON BACKORDER | ITEM ID | WIDTH | LENGTH | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 40390.00 LBS | 0.00 | 40390.00 | 0.00 | 12 GALV | 7.78000" | | 40390.000 | 38.9500/CWT | 15,731.91 |
| | | | | | 12 GA HD BRITE FINISH GALV. | | | | | |
| | | | | | .102/.108  G90 CQ | | | | | |
| | | | | | CPO# 860-13 REV | | | | | |
| | | Tag #: 1903392 | Qty: 1.000 PCS | | Weight: 6770.000 LBS | | | | | |
| | | Tag #: 1903393 | Qty: 1.000 PCS | | Weight: 6760.000 LBS | | | | | |
| | | Tag #: 1903394 | Qty: 1.000 PCS | | Weight: 640.000 LBS | | | | | |
| | | Tag #: 1903395 | Qty: 1.000 PCS | | Weight: 6690.000 LBS | | | | | |
| | | Tag #: 1903396 | Qty: 1.000 PCS | | Weight: 6700.000 LBS | | | | | |
| | | Tag #: 1903397 | Qty: 1.000 PCS | | Weight: 6730.000 LBS | | | | | |
| 2 | 3950.00 LBS | 0.00 | 3950.00 | 0.00 | 12 GALV | 4.60000" | | 3950.000 | 38.9500/CWT | 1,538.53 |
| | | | | | 12 GA HD BRITE FINISH GALV. | | | | | |
| | | | | | .102/.108  G90 CQ | | | | | |
| | | | | | CPO# 860-13 REV | | | | | |
| | | Tag #: 1903391 | Qty: 1.000 PCS | | Weight: 3950.000 LBS | | | | | |

(CONTINUED)

# Northern Steel Industries, Inc.

16101 S. Lasalle Street
South Holland, IL 60473
Phone: (708) 333-3400
Fax: (708) 333-3455

| INVOICE # | 49568 | 01/14/2008 |
|---|---|---|
| SALESPERSON: SCOTT RUMSKAS | | SHIP DATE: 01/14/2008 |
| SHIP VIA: BEST | FOB POINT: ST. JOACHIM | CUST ID: ERIE |
| CUST P.O. #: 860-13 REV | REFER #: 1540A | OUR S.O. #: 15849 |

**SOLD TO:**
ERIE GREENHOUSE SYSTEMS
PO BOX 157
TILLSONBURG, ONTARIO N4G5C4

**SHIP TO:**
ERIE GREENHOUSE C/O TUBES & PIPES
2500 ROCHESTER TOWN LINE ROAD
ST. JOACHIM, ONTARIO N0R 1C0

| QTY ORDERED | SHIPPED TO DATE | QTY THIS SHIPMENT | QTY ON BACKORDER | ITEM ID | WIDTH | LENGTH | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 3 44340.00 LBS | 0.00 | 44340.00 | 0.00 | FREIGHT - FUEL FREIGHT - FUEL SURCHARGE CUSTOM BROKER: COLE INTERNATIONAL 905-676-6151 - KEN SLAVIN | | | | 0.4000/CWT | 177.36 |



| TAX ID: | SHIP WT: 44340.000 LBS | SUBTOTAL | 17,447.80 |
|---|---|---|---|
| TERMS: .5 10/NET 30 | | SALES TAX | 0.00 |
| PAYMENT DUE BY 02/13/2008. | | TOTAL | 17,447.80 |
| DEDUCT $ 87.24 IF PAID BY 01/24. | | | |

ALL GAGE TOLERANCES PER A.I.S.I STANDARDS
REJECTIONS WILL BE HONORED ONLY WHEN STEEL IS RETURNED IN ORIGINAL FORM.
WE CANNOT ACCEPT MATERIAL RETURNED FOR CREDIT WITHOUT PRIOR PERMISSION.

# Straight Bill of Lading

TRUCK # 4

**ALL LOADS MUST BE TARPED**

Original-Not Negotiable   **Straight Bill of Lading - Short Form**   Shipper's No. 001

CRST

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At South Holland IL   Date 1-14-08   From **NORTHERN STEEL INDUSTRIES, INC.**

Consigned to Erie Greenhouse Systems c/o Tubes & Pipes

Destination St. Joachim   State Ontario   Delivery Address * essex route

Route 2500 Rochester Town Line Road   County NOR-1Co   519-727-3314

| No. Packages | Kind of Package, Description of Articles, Special Marks, and Exceptions | | WEIGHT (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 6 | .102/.108 HDG G90 CQ 7.78 x coil | | | | |
| | Truck 304-9332 | 190339B | 6770# | | |
| | Crossing At Ambassador | 190339C | 6760# | | |
| | ETA 10:00 Pm DRiver cell | 190339D | 6740# | | |
| | 711-721-1192 | 190339E | 6690# | | |
| | | 190339F | 6700# | | |
| | | 190339G | 6730# | | |
| | CPO # 860-13 rev | Sub-total | 40,390# | | |
| 1 | .102/.108 HDG G90 CQ 4.608 x coil | | | | |
| | | 190339A | 3950# | | |
| | CPO # 860-13 rev | | | | |
| | | Total Weight | 44,340 | | |

CUSTOM BROKER:
Cole International
905-676-6151
Ken Slavin

3042013680
PARS - J & N Trucking Services

Shawn Morris

**NORTHERN STEEL INDUSTRIES, INC.** Shipper, Per _____   Agent, Per _____

16101 S. LaSalle Street, South Holland, IL 60473

29763

# Northern Steel Industries, Inc.

**NSI**

16101 S. Lasalle Street
South Holland, IL 60473
Phone: (708) 333-3400
Fax: (708) 333-3455

| INVOICE | | #49578 | 1 | 01/15/2008 |
|---|---|---|---|---|
| SALESPERSON: | | | | SHIP DATE: |
| SCOTT KUMSKIS | | | | 01/15/2008 |
| SHIP VIA: | | FOB POINT: | | CUST ID: |
| CRST | | ST. JOACHIM | | ERIE |
| CUST P.O.#: | | REFER #: | | OUR S.O.#: |
| 860-13REV | | 15408 | | 13852 |

SOLD TO:
ERIE GREENHOUSE SYSTEMS
PO BOX 157
TILLSONBURG, ONTARIO N4G5C4

SHIP TO:
ERIE GREENHOUSE C/O TUBES & PIPES
2500 ROCHESTER TOWN LINE ROAD
ST. JOACHIM, ONTARIO N0R 1C0

| LINE | QTY ORDERED | SHIPPED TO DATE | QTY THIS SHIPMENT | QTY ON BACKORDER | ITEM ID | WIDTH | LENGTH | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 40430.00 LBS | 0.00 | 40430.00 | 0.00 | 12GA HDG-CL | 7.78000" | | 40430.000 | 38.9500/CWT | 15,747.49 |
| | | | | | 12GA HDG-CL .102/.108 G90 CQ  CPD# 860-13 REV | | | | | |
| | | | | Tag #: 1902182 | Qty: 1.000 PCS | Weight: 6740.000 LBS | | | | |
| | | | | Tag #: 1902183 | Qty: 1.000 PCS | Weight: 6760.000 LBS | | | | |
| | | | | Tag #: 1902184 | Qty: 1.000 PCS | Weight: 6720.000 LBS | | | | |
| | | | | Tag #: 1902185 | Qty: 1.000 PCS | Weight: 6735.000 LBS | | | | |
| | | | | Tag #: 1902186 | Qty: 1.000 PCS | Weight: 6775.000 LBS | | | | |
| | | | | Tag #: 1902187 | Qty: 1.000 PCS | Weight: 6700.000 LBS | | | | |
| 2 | 3960.00 LBS | 0.00 | 3960.00 | 0.00 | 12GA HDG-CL | 4.60800" | | 3960.000 | 38.9500/CWT | 1,542.42 |
| | | | | | 12GA HDG-CL .102/.108 G90 CQ  CPD# 860-13 REV | | | | | |
| | | | | Tag #: 1902181 | Qty: 1.000 PCS | Weight: 3960.000 LBS | | | | |
| 3 | 44390.00 LBS | 0.00 | 44390.00 | 0.00 | FREIGHT - FUEL | | | | 0.4000/CWT | 177.56 |
| | | | | | FREIGHT - FUEL SURCHARGE CUSTOM BROKER: COLE INTERNATIONAL 905-676-6151 - KEN SLAVIN | | | | | |

TAX ID:                       SHIP WT:   44390.000 LBS   SUBTOTAL   17,467.47
TERMS: .5-10/NET 30                                       SALES TAX      0.00
PAYMENT DUE BY 02/14/2008.                                TOTAL      17,467.47
DEDUCT $ 87.34 IF PAID BY 01/25.

ALL GAGE TOLERANCES PER A.I.S.I STANDARDS
REJECTIONS WILL BE HONORED ONLY WHEN STEEL IS RETURNED IN ORIGINAL FORM.
WE CANNOT ACCEPT MATERIAL RETURNED FOR CREDIT WITHOUT PRIOR PERMISSION.

# Straight Bill of Lading

*Load # 6*

**ALL LOADS MUST BE TARPED**

Original-Not Negotiable **Straight Bill of Lading Short Form**    Shipper's No. 49578

Carrier: CRST

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

at South Holland IL    1-15-08    From **NORTHERN STEEL INDUSTRIES, INC.**

Consigned to: Erie Greenhouse Systems c/o Tubes & Pipes

Destination: St. Joachim    State: Ontario    Delivery Address: see route

Route: 2500 Rochester Town Line Road    NOR 1Co    (519) 798-3752

*GTA: Windsor, ON*
*Jan 16/08*
*6:00 PM*

| No. Packages | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|
| 6 | .102/.108 HDG G90 CQ 7.78 x coil | | | |
| | 190218B | 6740# | | |
| | 190218C | 6760# | | |
| | 190218D | 6720# | | |
| | 190218E | 6735# | | |
| | 190218F | 6775# | | |
| | 190218G | 6700# | | |
| | CPO # 860-13 rev    Sub-total | 40,430# | | |
| 1 | .102/.108 HDG G90 CQ 4.608 x coil | | | |
| | 190218A | 3960# | | |
| | CPO # 860-13 rev | | | |
| | Total Weight | 44,390 | | |

Canada Customs JAN 16 2008 WINDSOR    prepaid

CUSTOM BROKER:
Cole International
905-676-6151
Ken Slavin

3042014782
PARS - J & N Trucking Services

**NORTHERN STEEL INDUSTRIES, INC.**, Shipper, Per _____ Agent, Per _____

16101 S. LaSalle Street, South Holland, IL 60473

# Northern Steel Industries, Inc.

16101 S. Lasalle Street  
South Holland, IL 60473  
Phone: (708) 333-3400  
Fax: (708) 333-3455  

| INVOICE | #49579 | 1 | 01/15/2008 |
|---|---|---|---|
| SALESPERSON: SCOTT KUMSKIS | | | SHIP DATE: 01/15/2008 |
| SHIP VIA: CRST | | FOB POINT: ST. JOACHIM | CUST ID: ERIE |
| CUST P.O.#: 860-13REV | | REFER #: 15406 | OUR S.O.#: 16853 |

SOLD TO:  
ERIE GREENHOUSE SYSTEMS  
PO BOX 157  
TILLSONBURG, ONTARIO N4G5C4  

SHIP TO:  
ERIE GREENHOUSE C/O TUBES & PIPES  
2500 ROCHESTER TOWN LINE ROAD  
ST. JOACHIM, ONTARIO N0R 1C0  

| LINE | QTY ORDERED | SHIPPED TO DATE | QTY THIS SHIPMENT | QTY ON BACKORDER | ITEM ID | WIDTH | LENGTH | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 40325.00 LBS | 0.00 | 40325.00 | 0.00 | 12GA HDG-CL  12GA HDG-CL  .102/.108 G90 CQ  CPD# 860-13REV | 7.78000" | | 40325.000 | 38.9500/CWT | 15,706.59 |
| | | | | | Tag #: 1901852  Qty: 1.000 PCS  Weight: 6730.000 LBS | | | | | |
| | | | | | Tag #: 1901853  Qty: 1.000 PCS  Weight: 6720.000 LBS | | | | | |
| | | | | | Tag #: 1901854  Qty: 1.000 PCS  Weight: 6760.000 LBS | | | | | |
| | | | | | Tag #: 1901855  Qty: 1.000 PCS  Weight: 6680.000 LBS | | | | | |
| | | | | | Tag #: 1901856  Qty: 1.000 PCS  Weight: 6670.000 LBS | | | | | |
| | | | | | Tag #: 1901857  Qty: 1.000 PCS  Weight: 6765.000 LBS | | | | | |
| 2 | 3940.00 LBS | 0.00 | 3940.00 | 0.00 | 12GA HDG-CL  12GA HDG-CL  .102/.108 G90 CQ  CPD# 860-13 REV | 4.60800" | | 3940.000 | 38.9500/CWT | 1,534.63 |
| | | | | | Tag #: 1901851  Qty: 1.000 PCS  Weight: 3940.000 LBS | | | | | |
| 3 | 44265.00 LBS | 0.00 | 44265.00 | 0.00 | FREIGHT - FUEL  FREIGHT - FUEL SURCHARGE | | | | 0.4000/CWT | 177.06 |

CUSTOMER BROKER: COLE INTERNATIONAL  
905-676-6151  KEN SLAVIN  

| TAX ID: | SHIP WT: 44265.000 LBS | SUBTOTAL | 17,418.28 |
|---|---|---|---|
| TERMS: .5-10/NET 30 | | SALES TAX | 0.00 |
| PAYMENT DUE BY 02/14/2008. | | TOTAL | 17,418.28 |
| DEDUCT $ 87.09 IF PAID BY 01/25. | | | |

ALL GAGE TOLERANCES PER A.I.S.I STANDARDS  
REJECTIONS WILL BE HONORED ONLY WHEN STEEL IS RETURNED IN ORIGINAL FORM.  
WE CANNOT ACCEPT MATERIAL RETURNED FOR CREDIT WITHOUT PRIOR PERMISSION.

# Straight Bill of Lading

Load # 5

**ALL LOADS MUST BE TARPED**

Original–Not Negotiable

## Straight Bill of Lading Short Form

CRST
(Name of Carrier)

Shipper's No. _____
Carrier's No. _____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of the Bill of Lading.

at South Holland IL     1-15-08    From    **NORTHERN STEEL INDUSTRIES, INC.**

Consigned to Erie Greenhouse Systems c/o Tubes & Pipes
Destination St. Joachim    State Ontario   Zip ____   County ____   Delivery Address ★ see route
Route 2500 Rochester Town Line Road Nor 1Co   519-798-3252

Delivering Carrier _____    Car or Vehicle Initials _____   No. _____

| No. Packages | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|
| 6 | .102/.108 HDG G90 CQ 7.78 x coil | | | |
| | ETA Detroit Bridge    190185B | 6730# | | |
| | 8:00pm JAN 15, 2008   190185C | 6720# | | |
| | Driver contact # 519-996-   190185D | 6760# | | |
| | 0926    190185E | 6680# | | |
| | 190185F | 6670# | | |
| | 190185G | 6765# | | |
| | CPO # 860-13 rev    Sub-total | 40,325# | | |
| 1 | .102/.108 HDG G90 CQ 4.608 x coil | | | |
| | 190185A | 3940# | | |
| | CPO # 860-13 rev | | | |
| | Total Weight | 44,265 | | |

prepaid

CUSTOM BROKER:
Cole International
905-676-6151
Ken Slavin

(signature)

CA8 PARS 002625
75485 CAN INC / XPRESS CANADA

**NORTHERN STEEL INDUSTRIES, INC.**   Shipper, Per _____ Agent, Per _____
16101 S. LaSalle Street, South Holland, IL 60473