**U.S. Department of Justice**
United States Marshals Service



# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Scott P. Clair<br>(attorney for Northern Steel Industries, Inc.)<br>Thompson Coburn LLP<br>55 E. Monroe St.<br>Chicago, IL 60603<br>tel: (312) 580-2230 | Ministry of the Attorney General<br>Ontario Court of Justice<br>393 Main Street, P.O. Box 1208<br>HAILEYBURY, ON  P0J 1K0 |

**The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e., (identity and address)**
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*
   *(identité et adresse)*

   Erie Greenhouse Systems, 15 Clearview Drive, Tillsonburg, Ontario, N4G 4H5,
   tel: 519-688-6809; fax: 519-688-9631

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5 alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
   *c) le cas échéant, par remise simple (article 5, alinéa 2).*

**The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.**
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents                                Done at Chicago, Illinois      , the 04/15/2008
*Enumération des pièces*                         *Fait à*                      , *le*

1. Summons in Civil Case  No. 08-cv-2119
2. Complaint in Civil Case No. 08-cv-2119 in     Signature and/or stamp
   United States District Court for the          *Signature et/ou cachet*
   Northern District of Illinois                 Scott Clair

*Delete if inappropriate                                                          Form USM-94
*Rayer les mentions inutiles.*                                                     Est. 11/77
                                          (Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
1) *que la demande a été exécutée*
 — the (date) -- *le (date)* ___June 6-2008___
 -- at (place, street, number) - *à (localité, rue, numéro)*
 ___15 Clearview Dr. Tillsonburgh Ontario___

 — in one of the following methods authorized by article 5:
 -- *dans une des formes suivantes prévues à l'article 5:*

 ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
  *a) selon les formes légales (article 5. alinéa premier, lettre a)*

 ☐ (b) in accordance with the following particular method:
  *b) selon la forme particulière suivante:* _____

 ~~☐ (c) by delivery to the addressee, who accepted it voluntarily.*~~
  ~~*c) par remise simple.*~~

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

 - (identity and description of person)
 - *(Identité et qualité de la personne)*
 ___Ron Vanderschee___

 - relationship to the addressee family, business or other
 - *liens de parenté de subordination ou autres avec le destinataire de l'acte:*
 ___Sales Manager___

2) that the document has not been served, by reason of the following facts*:
2) *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**ANNEXES**
*Annexes*

Documents returned:
*Pieces renvoyées*
___As Per Request___

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at ___City of Woodstock___ the ___6-June-2008___
*Fait à*                                   , *le*

Signature and/or stamp
*Signature et/ou cachet*
[signature]

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the service abroad of judicial and extrajudicial documents In civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*

United States District Court, Northern District of Illinois, 219 S. Dearborn St., Chicago, IL 606

**Particulars of the parties:**
*Identité des parties:*

Plaintiff Northern Steel Industries, Inc., a corporation, 16101 S. LaSalle St., South Holland, IL 60473

### JUDICIAL DOCUMENT
*ACTE JUDICIA IRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

To notify Erie Greenhouse Systems of a Civil Complaint filed against it in the United States District Court

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*

Northern Steel alleges Breach of Contract for not paying for steel shipments, amount in dispute $104,000

**Date and place for entering appearance:**
*Date et lieu de la comparution:*

20 days after receipt of Summons and Complaint, Defendant must file appearance with Court

**Court which has given judgment\*\*:**
*Juridiction qui a rendu la décision:*

**Dale of judgment\*\*:**
*Date de la décision:*

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte:*

Erie Greenhosue must serve Answer to the Complaint within 20 days of receiving Summons and Complaint

### EXTRAJUDICIAL DOCUMENT
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

**Time limits stated in the document:\*\***
*Indication des délais figurant dans l'acte:*